1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Matthew C. Bockmon, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ARTURO VASQUEZ-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-544 JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) | |
| ARTURO VASQUEZ-MENDOZA, | ) | Date:  February 14, 2012 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge:  John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, ARTURO VASQUEZ-MENDOZA, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday, January 24, 2012, be continued to Tuesday, February 14, 2012, at 9:30 a.m.

The reason for this continuance is because additional time is needed for defense preparation and consultation with client re recently received discovery and forthcoming plea agreement.

It is further stipulated that the time period from the date of this stipulation, January 23, 2012, through and including the date of the new status conference hearing, February 14, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

///

///

///

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 23, 2012

     Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

By:

*/s/ Matthew C. Bockmon for*     */s/ Matthew C. Bockmon*
MICHELE BECKWITH                    MATTHEW C. BOCKMON
Assistant U.S. Attorney                  Assistant Federal Defender
Attorney for United States             Attorney for Defendant
                                                        ARTURO VASQUEZ-MENDOZA

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 23, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 24, 2012, be vacated and that the case be set for **Tuesday, February 14, 2012, at 9:30 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 23, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, January 23, 2012, through and including February 14, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 23, 2012

                                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Judge