1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    Matthew C. Bockmon, Bar # 161566
     Assistant Federal Defender
3    801 I Street, 3rd. Floor
     Sacramento, California  95814
4    Telephone: (916) 498-5700

5    Attorney for Defendant
     ARTURO VASQUEZ-MENDOZA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   CASE NO. CR-S-11-544 JAM
                                        )
12               Plaintiff,             )   **STIPULATION AND ORDER TO CONTINUE**
                                        )   **STATUS  HEARING  AND  TO  EXCLUDE**
13         v.                           )   **TIME PURSUANT TO THE SPEEDY TRIAL**
                                        )   **ACT**
14                                      )
     ARTURO VASQUEZ-MENDOZA,            )   Date :  March 20, 2012
15                                      )   Time:  9:30 a.m.
                 Defendant.             )   Judge: John A. Mendez
16   _____)

17         It is hereby stipulated and agreed to between the United States of America through MICHELE

18   BECKWITH, Assistant U.S. Attorney, and defendant, ARTURO VASQUEZ-MENDOZA, by and through his

19   counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Tuesday,

20   March 6, 2012, be continued to Tuesday, March 20, 2012, at 9:30 a.m.

21         The reason for this continuance is because defense counsel recently received a plea agreement from the

22   government and needs additional time to consult with the client, with the in-house interpreter, at the

23   Sacramento County Jail.

24         It is further stipulated that the time period from the date of this stipulation, March 1, 2012, through and

25   including the date of the new status conference hearing, March 20, 2012, shall be excluded under the Speedy

26   Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

27   ///

28   ///

1   with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance

2   outweigh the best interests of the public and the defendant in a speedy trial.

3   DATED: March 1, 2012

4          Respectfully submitted,

5

6   BENJAMIN B. WAGNER                          DANIEL J. BRODERICK
    United States Attorney                       Federal Defender

7   By:

8   /s/ Matthew C. Bockmon for                   /s/ Matthew C. Bockmon
    MICHELE BECKWITH                             MATTHEW C. BOCKMON
9   Assistant U.S. Attorney                      Assistant Federal Defender
    Attorney for United States                   Attorney for Defendant
10                                               ARTURO VASQUEZ-MENDOZA

11

12                                  **O R D E R**

13         Based on the reasons set forth in the stipulation of the parties filed on March 1, 2012, and good cause

14  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

15  that the status conference currently scheduled for Tuesday, March 6, 2012, be vacated and that the case be set

16  for **Tuesday, March 20, 2012, at 9:30 a.m.**  The Court finds that the ends of justice served by granting such

17  a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS

18  HEREBY ORDERED that, for the reasons stated in the parties' March 1, 2012, stipulation, the time within

19  which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period

20  from the date of this stipulation, March 1, 2012, through and including March 20, 2012, pursuant to 18 U.S.C.

21  §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

22

23  DATED: March 1, 2012

24                                               /s/ John A. Mendez
                                                 JOHN A. MENDEZ
25                                               United States District Court Judge

26

27

28                                          2