BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. CR. S-11-544 JAM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING SENTENCING |
| ARTURO VASQUEZ-MENDOZA, | ) PROCEEDING |
| aka Charly Juan Quinones, | ) |
| | ) |
| Defendant. | ) |

        The parties hereby stipulate and respectfully request that
the sentencing proceeding in this case currently scheduled for
June 26, 2012, be continued to July 17, 2012 at 9:45 a.m. The
undersigned counsel for the government is newly assigned to the
case, and will also be out of state for training on the currently
scheduled sentencing date.  The parties agree that the
continuance of the sentencing date is warranted to facilitate
continuity of government counsel, and to allow counsel for the
parties adequate time to prepare.  Exclusion of time is not
necessary as defendant entered a plea of guilty to the Indictment
on March 20, 2012 (Dkt. #12).

1

1    Dated: June 15, 2012                    Respectfully submitted,

2                                            BENJAMIN B. WAGNER
                                             United States Attorney
3

4                                            */s/ Christopher S. Hales*
                                         By: Christopher S. Hales
5                                            Special Assistant U.S. Attorney

6    Dated: June 15, 2012

7                                            */s/ Matthew C. Bockmon*
                                             Matthew C. Bockmon
8                                            Attorney for Defendant

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it
is ordered that the sentencing proceeding presently set for June
26, 2012, at 9:45 a.m. be continued to July 17, 2012, at 9:45
a.m.  The court finds that continuance of the sentencing date is
warranted to facilitate continuity of government counsel and to
allow counsel for the parties adequate time to prepare.
Exclusion of time is not necessary as defendant entered a plea of
guilty to the Indictment on March 20, 2012 (Dkt. #12).

Dated: June 15, 2012

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE